No. 389. El Pueblo v. Estévez.—Apelación procedente de la Corte de Distrito de Mayagüez.—Resuelto en noviembre 10, 1911. Confirmada la sentencia apelada. Abogado del apelante: Sr. José Ramón Freyre. Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.

No. 390. El Pueblo v. Ramírez.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en noviembre 10, 1911. Confirmada la sentencia apelada. Abogado del apelante: Sr. Angel A. Vázquez. Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.

No. 379. El Pueblo v. Anglada.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en noviembre 23, 1911. Confirmada la sentencia apelada. Abogado del apelante: Sr. José L. Pesquera. Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.

No. 397. El Pueblo v. Atiles.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en noviembre 23, 1911. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.

No. 739. Velilla et al. v. Castro et al.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para que se desestime la apelación. Resuelto en noviembre 23, 1911. Denegada la moción por los fundamentos de la resolución en el caso 734, García v. American R. R. Co., resuelto en octubre 10, 1911. Abogados de los promoventes: Sres. José de Diego y Carlos Franco Soto. Abogado de la parte contraria: Sres. Alfredo Arnaldo Sevilla y Landrón y Rincón.